IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRADARIO BRIM,

           Plaintiff,

v.

MICHAEL DONOVAN and CHAD FRAPPIER,

           Defendants.

ORDER

15-cv-658-jdp

      Pro se plaintiff Fradario Brim, a Muslim prisoner incarcerated at the Green Bay Correctional Institution, is proceeding on First Amendment free exercise and retaliation claims against defendants, GBCI Correctional Officer Chad Frappier and GBCI Chaplain Michael Donovan, concerning their actions in barring him from attending congregate religious services and properly participating in Ramadan because of his religious speech. In a September 27, 2017 order, I granted Brim's motion for the court's assistance in recruiting counsel to represent him and stayed the proceedings. Dkt. 62.

      The court has now located counsel. Attorneys Andrew J. Clarkowski, Michael J. Modl, and Kristin R. Pierre of the law firm Axley Brynelson, LLP have agreed to represent Brim, with the understanding that the firm will serve with no guarantee of compensation for its services. It is the court's intention that the scope of representation extends to proceedings in this court only.[1]

      Brim should understand that because he is now represented in this case, he may not

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

communicate directly with the court from this point forward. He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Brim does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them. If Brim decides at some point not to work with these lawyers, he is free to end the representation, but he should be aware that it is unlikely that the court will recruit another lawyer to represent him.

ORDER

IT IS ORDERED that the clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in this lawsuit.

Entered October 25, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge